UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20669-CR-SCOLA/TORRES**

18 U.S.C. § 1956(h)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

EVELIO SUAREZ,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### CONSPIRACY TO COMMIT MONEY LAUNDERING
### (18 U.S.C. § 1956(h))

From in or around October 2012, continuing through in or around December 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**EVELIO SUAREZ,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others, both known and unknown to the United States Attorney, to violate Title 18, United States Code, Section 1956, that is, to knowingly conduct financial transactions affecting interstate commerce, which financial transactions involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful

activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343, and health care fraud, in violation of Title 18, United States Code, Section 1347.

All in violation of Title 18, United States Code, Section 1956(h).

## **FORFEITURE**
## **18 U.S.C. § 981(a)(1)(C)**

1. The allegations of this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture to the United States of property in which the defendant, **EVELIO SUAREZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956(h), as alleged in this Information, the defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such violation, or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures outlined in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

*[signature]*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

*[signature]*
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY


SANDRA MOSER, ACTING CHIEF
FRAUD SECTION, CRIMINAL DIVISION

*[signature]*
YISEL VALDES
DEPARTMNET OF JUSTICE TRIAL ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EVELIO SUAREZ,

Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division**: (Select One)

_X_ Miami  ____ Key West
____ FTL   ____ WPB  ____ FTP

New Defendant(s)         Yes ___  No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take  __0__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days        _X_           Petty      ___
   II   6 to 10 days       ___           Minor      ___
   III  11 to 20 days      ___           Misdem.    ___
   IV   21 to 60 days      ___           Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No.  18-mj-02965-Torres
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  06/26/18
   Defendant(s) in state custody as of  _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  Yes ___  No _x_

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY
COURT ID No. A5501557

*Penalty Sheet(s) attached

REV 5/3/17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: EVELIO SUAREZ

**Case No**: _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\* Max. Penalty**:     Twenty (20) years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.